G. Q. Youngblood, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of burglary, and his penalty fixed at three years in the penitentiary. There is no statement of facts, neither is there any bill of exceptions. The case was tried on September 25, 1911. The court adjourned on September 30th.

Appellant, in his motion for new trial only, complains of the refusal of the court to giv one special charge he requested. He also complains of the charge of the court in several particulars. But none of these matters can be considered by this court without a statement of facts. The court gave a charge that could clearly have been applicable to a statement of facts under the allegations of the indictment. With the record as it is, we must presume that the charge and judgment of the court is in every way correct.

The judgment will therefore be affirmed.

---

WHITEHEAD v. STATE.

(Court of Criminal Appeals of Texas.   May 29, 1912.)

CRIMINAL LAW (§§ 1066, 1097*)—APPEAL—STATEMENT OF FACTS — RULINGS ON EVIDENCE.

Where the record contains no statement of facts, and no exception was reserved to the ruling of the court as to the testimony mentioned in a motion for a new trial, alleged error in such ruling will not be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2686, 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. §§ 1066, 1097.*]

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

George Whitehead was convicted of manslaughter, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of manslaughter, and given two years in the penitentiary.

Appellant requested the court to give three written instructions prepared by himself, and assigns error in the motion for new trial because they were not given. There are two other grounds in the motion for new trial, alleging error on the part of the court in permitting the witness Haywood to testify to certain garments which had not been identified by the state, which is asserted in the motion to have been introduced before the jury, and also the testimony of Whitehead that a certain party was at the Missouri, Kansas & Texas depot in Houston, Harris county, Tex., before the train departed, and a short time before Dock Haywood was killed, etc. It is sufficient answer to all these questions that the statement of facts is not in the record, and there was

no exception reserved to the ruling of the court with reference to the testimony mentioned, in the motion for a new trial.

The judgment is affirmed.

PRENDERGAST, J., not sitting.